| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN # 282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>SUSANA VELAZQUEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-mj-00153-AC |
| Plaintiff, | ) ) | **UNOPPOSED MOTION TO EXONERATE PROPERTY BOND; ORDER** |
| vs. | ) ) | |
| SUSANA VELAZQUEZ, | ) | Judge: Hon. Kendall J. Newman |
| Defendant. | ) ) ) | |

Defendant Susana Velazquez, by and through her attorney of record, Assistant Federal Defender Jerome Price, hereby moves this Court for an order exonerating the $50,000 property bond in the above-captioned case (ECF No. 7) and reconveying the property to the sureties, Abraham Valle Orozco and Viridiana Soledad Velazquez. The government does not oppose this request.

On September 12, 2019, after a detention hearing, Magistrate Judge Allison Claire ordered that Defendant Susana Velazquez be released on a $50,000 bond secured by the real property owned by Abraham Orozco and Viridiana Velazquez. (ECF No. 3.) The Clerk of the Court received the original Straight Note on September 13, 2019, and the original Deed of Trust (No. 2019-110580) on October 10, 2019. (ECF Nos. 7 and 13.) Ms. Velazquez was released from custody and ordered to appear in the District of Oregon for all future proceedings.

1    On September 27, 2019, United States Magistrate Judge John Acosta amended Ms. Velazquez's conditions of release, thereby striking the secured bond. *See United States v. Susana Velazquez*, 3:19-cr-00086-SI (D. Or.), ECF No. 39. The Clerk's Office in the Eastern District of California transmitted all documents including the Deed of Trust to the Clerk's Office in the District of Oregon. (ECF No. 15). Operations Supervisor Jeremy Donati from the Clerk's Office reached out to the undersigned advising that the Clerk's Office in the District of Oregon sent the Deed of Trust back to Sacramento in light of the Amended Pretrial Conditions in the District of Oregon. Mr. Donati further advised that the Deed of Trust needed to be formally exonerated to reconvey the property to the sureties. The undersigned communicated the foregoing with Assistant United States Attorney Adrian Kinsella, who indicated that he has no opposition to this motion.

Accordingly, Ms. Velazquez makes the instant motion to exonerate the secured property bond, pursuant to Fed. R. Crim. P. 46(g), thereby reconveying the property to the surety. She further requests that the Clerk of the Court be directed to mail the original Deed of Trust and all relevant documents to the property owners.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 10, 2020     /s/ *Jerome Price*
                           JEROME PRICE
                           Assistant Federal Defender
                           Attorneys for Defendant
                           SUSANA VELAZQUEZ

**O R D E R**

The Court has received, reviewed, and considered Defendant Susana Velazquez's motion to exonerate the property bond. The government does not oppose the defendant's motion. The Court finds that the defendant was released on pretrial supervision pursuant to a $50,000 bond secured by the equity in real property owned by Abraham Orozco and Viridiana Velazquez. The surety posted the property bond on September 13, 2019.

The Court further finds that the District of Oregon has amended Ms. Velazquez's conditions of pretrial release, thereby removing the secured bond.

Therefore, the Court hereby GRANTS the defendant's motion. The Clerk of the Court shall exonerate the property bond in the above-captioned case and reconvey the property to sureties Abraham Orozco and Viridiana Velazquez. The Clerk is further directed to mail the original Deed of Trust and all relevant documents to the property owners.

**IT IS SO ORDERED**.

Dated: January 10, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE